401 A.2d 570

**ESTATES of Jimmie WASHINGTON and Richard Washington, Minors.**

**APPEAL of Robert WILLIAMS, Guardian.**

Supreme Court of Pennsylvania.

Argued Nov. 16, 1978.

Decided May 31, 1979.

Elliot B. Platt, Philadelphia, for appellant.

Lawrence Barth, Asst. Atty. Gen., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Each side to pay own costs.

POMEROY, J., did not participate in the consideration or decision of this case.